Case 4:23-cv-00129   Document 19   Filed on 12/28/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **GREG ALLEN LEWIS, SR.,** § § **Plaintiff,** § § v. § § **KILOLO KIJAKAZI,** *Commissioner of* § *Social Security Administration*, § § **Defendant.** § | **CIVIL ACTION NO. 4:23-CV-129** |

## FINAL JUDGMENT

In accordance with the Memorandum and Order entered on December 27, 2023, it is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment (Dkt. No. 12) is **GRANTED** and Commissioner's Motion for Summary Judgment (Dkt. No. 10) is **DENIED**. The case is hereby **REMANDED** for further administrative proceedings.

This is a final, appealable judgment.

**SIGNED** in Houston, Texas on December 28, 2023.

Sam S. Sheldon
United States Magistrate Judge